Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

F I L E D
CLERK, U.S. DISTRICT COURT
04/21/2026
CENTRAL DISTRICT OF CALIFORNIA
BY:        GSA        DEPUTY

Case Number   2:26-cr-00240-JAK

Defendant Number   1

U.S.A.  v.   Artem Vladimirovich Revenskii

Year of Birth   1995

☐ Indictment        ☑ Information

Investigative agency (FBI, DEA, etc.)   FBI

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense

☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☑ Felony

b. Date of Offense   October 22, 2024 - October 21, 2025

c. County in which first offense occurred

Los Angeles County

d. The crimes charged are alleged to have been committed in
(CHECK **ALL** THAT APPLY):

☑ Los Angeles        ☐ Ventura
☐ Orange             ☐ Santa Barbara
☐ Riverside          ☐ San Luis Obispo
☐ San Bernardino     ☐ Other _____

Citation of Offense   18 U.S.C. § 1349; 18 U.S.C. § 371;

18 U.S.C. § 1028A

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)    ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

☑ No        ☐ Yes

If "Yes," Case Number: N/A

Pursuant to this Court's General Order in the Matter of
Assignment of Cases and Duties to District Judges, criminal
cases may be related if a previously filed indictment or
information and the present case:

a. arise out of the same conspiracy, common scheme,
transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
entail substantial duplication of labor in pretrial, trial or
sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: ▉▉▉▉▉

Case Number: ▉▉▉▉▉▉▉▉▉

Assigned Judge: ▉▉▉▉▉

Charging: ▉▉▉▉▉▉▉▉▉▉▉▉▉

The complaint/CVB citation:

☑ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☑ Yes

IF YES, provide Name:   John Targowski

Phone Number:   310-920-9177

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*        ☑ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
☐ Yes*        ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the   N/A   superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number   N/A

The superseded case:

☐ is still pending before Judge/Magistrate Judge
N/A

☐ was previously dismissed on   N/A

Are there 8 or more defendants in the superseding case?
☐ Yes*        ☐ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
☐ Yes*        ☐ No

Was a Notice of Complex Case filed on the Indictment or
Information?
☐ Yes        ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☑ YES   ☐ NO

IF YES, list language and/or dialect:

Russian

**OTHER**

☑ Male        ☐ Female

☐ U.S. Citizen   ☑ Alien

Alias Name(s)   Digit, Digits, "."

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?        ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud     ☐ public corruption

☐ government fraud                ☐ tax offenses

☐ environmental issues            ☑ mail/wire fraud

☐ narcotics offenses             ☐ immigration offenses

☐ violent crimes/firearms        ☐ corporate fraud

☐ Other _____

**CUSTODY STATUS**

<u>Defendant is **not in custody**</u>:

a. Date and time of arrest on complaint:  N/A

b. Posted bond at complaint level on:  N/A

   in the amount of $ N/A

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:
N/A

<u>Defendant is **in custody**</u>:

a. Place of incarceration:   ☐ State   ☑ Federal

b. Name of Institution:   Metropolitan Detention Cetner

c. If Federal, U.S. Marshals Service Registration Number:
21487-512

d. ☑ Solely on this charge.  Date and time of arrest:

   Approximately 12:10 a.m E.D.T., November 2nd, 2025

e. On another conviction:   ☐ Yes   ☑ No

   IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☑ No

   IF YES :   ☐ State   ☐ Federal   AND

   Name of Court:  N/A

   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20   _____ 21   _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  Defendant made his initial appearance in CDCA on the Complaint on November 12, 2025. The parties obtained four orders from the Court finding excludable time between November 17, 2025,  through April 24, 2026. The current deadline for filing an information or indictment is April 24, 2026.

Date _____ 04/21/2026 _____

Signature of Assistant U.S. Attorney

Alexander S. Gorin

Print Name