CLERK, U.S. DISTRICT COURT

APR 2 8 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ARTEM VLADIMIROVICH REVENSKII | **CASE NUMBER:**<br>2:26-CR-00240-JAK<br><br>**WAIVER OF INDICTMENT** |
| **PLAINTIFF** | |
| **DEFENDANT** | |

I, _____ Artem Vladimirovich Revenskii _____ , the above-named defendant,

who is accused of _____ See Attachment A _____ , in

violation of _____ See Attachment A _____ , being

advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on

_____ 4/17/26 _____ , prosecution by indictment and consent that the proceedings may be by

information rather than by indictment.

_04/17/2026_
Date

_4/17/26_
Date

_4/28/2026_
Date

_____
Defendant

_____
Counsel for Defendant, Alicia G. Rosenberg

Before: _____
Judicial Officer

If the defendant does not speak English, complete the following:

I, _____ Vladimir Ferkelman _____ , am fluent in written and spoken English and _____ russian _____

languages. I accurately translated this Waiver of Indictment from English to _____ russian _____

for defendant _____ Artem Revenskii _____ on this date.

_4/17/26_
Date

_____
Interpreter

CR-57 (06/14)                    **WAIVER OF INDICTMENT**